Ronald S. Lemieux (CA Bar No. 120822)
Vid R. Bhakar (CA Bar No. 220210)
**SINGULARITY LLP**
555 Twin Dolphin Drive, Suite 610
Redwood Shores, CA 94065
Tel:   (650) 720-4650
Fax:   (650) 720-4662

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIA LICENSING CORPORATION,<br><br>          Plaintiff,<br>     v.<br><br>PEGATRON CORPORATION, et al.,<br><br>          Defendants. | Case No. 4:15-cv-04086-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>DATE: December 11, 2015<br>TIME: 11:00 AM<br>COURTROOM: Courtroom 5<br>The Honorable Jeffrey S. White |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

WHEREAS Plaintiff Via Licensing Corporation filed its Complaint for Breach of Contract, Specific Performance, and Promissory Fraud on September 8, 2015 (the "Complaint", Dkt. No. 1);

WHEREAS Defendants Pegatron Corporation, Pegatron Technology Service Inc., and Unihan Corporation accepted and acknowledged service of the Summons and Complaint on September 22, 2015 (Dkt. Nos. 9-11);

WHEREAS on October 30, 2015, Magistrate Judge Joseph C. Spero granted the Parties' Stipulation to allow the Defendants until December 15, 2015, to answer or otherwise respond to the Complaint (Dkt. No. 13);



STIPULATION AND REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 4:15-CV-04086-JSW

WHEREAS this Court issued an Order Setting Status Conference And Requiring A Joint Case Management Conference Statement on November 17, 2015, setting the Initial Case Management Conference for December 11, 2015 (Dkt. No. 17);

WHEREAS lead counsel for Defendants are previously scheduled to defend depositions in Taipei, Taiwan, on December 7-11, 2015, in another matter and it would cause substantial prejudice to counsel's other clients if counsel were not available to defend those depositions;

WHEREAS travel arrangements have been made for Court Reporters, Translators and opposing counsel in that case to travel to Taiwan from the United States for the purpose of taking those depositions;

WHEREAS counsel for Defendants has discussed this scheduling conflict with counsel for Plaintiff and counsel for both Parties have agreed to ask this Court to reschedule the Initial Case Management Conference and related deadlines by one week to accommodate the previously scheduled depositions;

WHEREAS, other than the extension granted to respond to the Complaint, no other time modifications have been requested in this case;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and Defendants, by and through their respective counsel, pursuant to Local Rules 7-12 and 16-2(d), AND THE PARTIES RESPECTFULLY REQUEST that:

1. The Initial Case Management Conference in this case be rescheduled from December 11, 2015, to December 18, 2015, at 11:00 A.M., in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

2. The Parties shall file their Joint Case Management Conference Statement no later than five (5) court days prior to the conference.

////

////

////



STIPULATION AND REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 4:15-CV-04086-JSW

Dated: November 19, 2015     By: */s/ Ronald S. Lemieux*
Ronald S. Lemieux (CA Bar No. 120822)
Vid R. Bhakar (CA Bar No. 220210)
**SINGULARITY LLP**
555 Twin Dolphin Drive, Suite 610
Redwood Shores, CA 94065
Tel:    (650) 720-4650
Fax:    (650) 720-4662

Attorneys for Defendants
PEGATRON CORPORATION, PEGATRON TECHNOLOGY SERVICE INC., AND UNIHAN CORPORATION

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 19, 2015     By: */s/ Laura Kabler Oswell*
Laura Kabler Oswell (CA Bar No. 241281)
**SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
Palo Alto, CA  94303
Tel:  (650) 461-5600
Fax: (650) 461-5700

Garrard R. Beeney
Laura R. Paliani
Malaika R. Staten
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588

Attorneys for Plaintiff
VIA LICENSING CORPORATION

*   *   *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 24, 2015

The Hon. Jeffrey S. White
United States District Court Judge



STIPULATION AND REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 4:15-CV-04086-JSW