1  Ronald S. Lemieux (CA Bar No. 120822)
   rlemieux@ipsingularity.com
2  Vidya R. Bhakar (CA Bar No. 220210)
   vbhakar@ipsingularity.com
3  Lenny Huang (CA Bar No. 264386)
   lhuang@ipsingularity.com
4  SINGULARITY LLP
   555 Twin Dolphin Drive, Suite 610
5  Redwood Shores, CA 94065
   Tel:   (650) 720-4650
6  Fax:   (650) 720-4662

7  Attorneys for Defendants,
   PEGATRON CORPORATION
8  PEGATRON TECHNOLOGY SERVICE INC. AND
   UNIHAN CORPORATION
9

10                 UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13

| VIA LICENSING CORPORATION, | Civil Action No. CV 15-4086 JSW |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANTS PEGATRON CORPORATION, PEGATRON TECHNOLOGY SERVICE INC. AND UNIHAN CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| PEGATRON CORPORATION, PEGATRON TECHNOLOGY SERVICE INC. and UNIHAN CORPORATION, | |
| Defendants. | |
| | **[FED. R. CIV. P. 7.1; CIVIL L.R. 3-15]** |



Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, the undersigned counsel makes the following disclosures and certifications on behalf of Defendants Pegatron Corporation ("Pegatron"), Pegatron Technology Service Inc. ("PTSI") and Unihan Corporation ("Unihan"):

a. Pegatron certifies that it has no parent company and that no publically held corporation owns 10% or more of its stock.  The undersigned certifies on behalf of Pegatron that as of this date, other than the named parties, there is no such interest to report with respect to Pegatron.

b. PTSI is a wholly owned subsidiary of its parent company Pegatron.  The undersigned certifies on behalf of PTSI that as of this date, other than the named parties, there is no such interest to report with respect to PTSI.

c. Unihan was merged back into its parent company Pegatron on December 31, 2013 and no longer exists as a separate company.  The undersigned certifies on behalf of Unihan that as of this date, other than the named parties, there is no such interest to report with respect to Unihan.

DATED:  December 17, 2015        Respectfully submitted,

SINGULARITY LLP


By:   */s/ Ronald S. Lemieux*
Ronald S. Lemieux (CA Bar No. 120822)
rlemieux@ipsingularity.com
Vidya R. Bhakar (CA Bar No. 220210)
vbhakar@ipsingularity.com
Lenny Huang (CA Bar No. 264386)
lhuang@ipsingularity.com
555 Twin Dolphin Drive, Suite 610
Redwood Shores, CA 94065

Attorneys for Defendants,
PEGATRON CORPORATION
PEGATRON TECHNOLOGY SERVICE INC. AND
UNIHAN CORPORATION