Laura Kabler Oswell (State Bar No. 241281)
Thomas E. Fullerton (State Bar No. 305104)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

Garrard R. Beeney (appearance *pro hac vice*)
Laura R. Paliani (appearance *pro hac vice*)
Malaika R. Staten (appearance *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIA LICENSING CORPORATION, | Case No. 4:15-cv-04086-JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| PEGATRON CORPORATION, PEGATRON TECHNOLOGY SERVICE INC. and UNIHAN CORPORATION, | |
| Defendants. | |

1         WHEREAS, on September 8, 2015, Plaintiff filed a Complaint for Breach of

2   Contract, Specific Performance, and Promissory Fraud (Dkt. No. 1) (the "Complaint");

3         WHEREAS, on September 22, 2015, Defendants Pegatron Corporation, Pegatron

4   Technology Service Inc. and Unihan Corporation (together with Plaintiff, the "Parties") accepted

5   service of the Summons and Complaint (Dkt. Nos. 9-11);

6         WHEREAS on October 30, 2015, Magistrate Judge Joseph C. Spero granted the

7   Parties' Stipulation to allow the Defendants until December 15, 2015 to answer or otherwise

8   respond to the Complaint (Dkt. No. 13) (the "Stipulation Setting Schedule on Response to the

9   Complaint");

10        WHEREAS, pursuant to the Stipulation Setting Schedule on Response to the

11  Complaint, the Parties agreed that, if Defendants file any motion in response to the Complaint,

12  the Parties will meet and confer on a briefing schedule;

13        WHEREAS on December 15, 2015, Defendants filed their Motion to Dismiss

14  Count III of the Complaint (Dkt. No. 35) (the "Motion to Dismiss");

15        WHEREAS the Parties have met and conferred on such briefing schedule.

16        NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between

17  Plaintiff and Defendants, by and through their respective counsel, that:

18        1.    Plaintiff shall have until and including January 22, 2016 to file an

19  opposition to the Motion to Dismiss.

20        2.    Defendants shall have until and including February 5, 2016 to file their

21  reply to Plaintiff's opposition.

22        3.    The Motion to Dismiss shall be heard on February 19, 2016 at 9:00 a.m.,

23  or as soon thereafter as the matter can be heard by the Honorable Jeffrey S. White.

24  DATED:  December 17, 2015

                       /s/  Laura Kabler Oswell

25                        Laura Kabler Oswell

                      Thomas E. Fullerton

26                        SULLIVAN & CROMWELL LLP

                      1870 Embarcadero Road

27                        Palo Alto, California 94303

                      Telephone: (650) 461-5600

28                        Facsimile: (650) 461-5700

SULLIVAN & CROMWELL LLP

Garrard R. Beeney (appearance *pro hac vice*)
Laura R. Paliani (appearance *pro hac vice*)
Malaika R. Staten (appearance *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Attorneys for Plaintiff VIA LICENSING
CORPORATION*

DATED:  December 17, 2015.

/s/  Ronald S. Lemieux (w/permission by LKO)
Ronald S. Lemieux (CA Bar No. 120822)
Vid R. Bhakar (CA Bar No. 220210)
Lenny Huang (CA Bar No. 264386)
SINGULARITY LLP
555 Twin Dolphin Drive, Ste. 610
Redwood Shores, California 94065
Telephone: (650) 720-4650
Facsimile: (650) 720-4662

*Attorneys for Defendants PEGATRON
CORPORATION, PEGATRON TECHNOLOGY
SERVICE INC. and UNIHAN CORPORATION*

\*          \*          \*

The motion to dismiss shall be heard on February 19, 2016, at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 18, 2015.

The Hon. Jeffrey S. White
United States District Judge
Northern District of California